**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | |
|---|---|
| In Re: **Micah Jansyl Holden** | Case No.: **16−59051−wlh** <br> Chapter: **13** <br> Judge: **Wendy L. Hagenau** |
| Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Cintas Corporation, No. 2

It appearing that the Chapter 13 plan was COMPLETED on May 8, 2020,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 5/11/20

*[Signature: Wendy L. Hagenau]*

Wendy L. Hagenau
UNITED STATES BANKRUPTCY JUDGE

Dated: May 11, 2020

Form termedo −08/2019